FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 1 6 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Janice Roots, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Morehouse School of Medicine, Inc.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:  CIVIL ACTION NO.<br>:  1:07-cv-00112-JOF<br>:<br>:<br>:<br>: |

### ORDER

This matter is before the court on Defendant's motion to compel discovery directed towards seven (7) opt-in Plaintiffs [210], Attorney C. Andrew Head's motion to withdraw [211], the parties' consent motion to stay proceedings pending possible settlement [213], Defendant's unopposed motion to seal confidential settlement documents [216], the parties' joint motion for settlement [217], and Plaintiffs' unopposed motion for attorney fees [218].

On May 5, 2010, in accordance with this court's Revised Case Instructions, Defendant presented in chambers a motion to seal the parties' Confidential Settlement Agreement, and the accompanying exhibits, and the Declaration of C. Andrew Head, Plaintiff's counsel, and the accompanying exhibits. The motion to seal is GRANTED, and the Clerk of the Court is DIRECTED to file under seal the parties' Confidential Settlement

AO 72A
(Rev.8/82)

Agreement and the accompanying exhibits, and the Declaration of C. Andrew Head, Plaintiff's counsel, and the accompanying exhibits.

Having reviewed the Settlement Agreement between the parties, the court finds that the settlement is fair, adequate, and reasonable. The court finds that the Agreement was negotiated at arm's-length and is not the result of any collusion. The court has also reviewed the attorney's invoices provided by counsel and finds that the attorney's fees and costs provided in the Settlement Agreement are reasonable. Therefore, the parties' motion for settlement is hereby **GRANTED**, and the settlement of the parties is hereby **APPROVED** [217]. Further, Plaintiffs' unopposed motion for attorney's fees is **GRANTED** [218]. Fees and costs shall be awarded consistent with the terms of the Settlement Agreement. Also consistent with the terms of the Agreement, Defendant shall tender all payments within twenty (20) days of the entry of this Order, and the parties shall within ten (10) days thereafter file a stipulation of dismissal with prejudice as to all claims that may be dismissed without prior bankruptcy court approval.

The court DENIES AS MOOT Defendant's motion to compel discovery directed towards seven (7) opt-in Plaintiffs [210], Attorney C. Andrew Head's motion to withdraw [211], and the parties' consent motion to stay proceedings pending possible settlement [213].

IT IS SO ORDERED this 14² day of June 2010.

                                       /s/ J. Owen Forrester
                                       J. OWEN FORRESTER
                                  SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)