IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JANICE ROOTS, ASHA ODIGIE-OSAZUWA, CYNTHIA BUTTS, and LINDA WASHINGTON individually and on behalf of all those similarly situated who consent to representation, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 1:07-CV-0112-JOF |
| v. | ) ) | |
| MOREHOUSE SCHOOL OF MEDICINE, INC., | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF MONICA SCOTT'S CLAIMS

The bankruptcy court having approved the settlement of the opt-in claims of Opt-In Plaintiff Monica Scott by Order dated September 2, 2010, Opt-In Plaintiff Monica Scott and Defendant Morehouse School of Medicine, Inc., pursuant to Rule 41(a)(1)(ii), hereby file this stipulation of dismissal with prejudice of all claims under the Fair Labor Standards Act that Opt-In Plaintiff Monica Scott was permitted to assert in this case by opting in to this collective action as defined by

the Court's orders granting conditional certification and the Court-approved Opt-In Notice.

Respectfully submitted this 13th day of September, 2010.

/s/ C. Andrew Head
Georgia Bar No. 341472
Attorneys for Opt-In Plaintiff Monica Scott
Crowley Clarida & Head LLP
Suite 500
900 Circle 75 Parkway
Atlanta, Georgia  30339-3099
Phone: (678) 888-0036
Fax: (678)888-0045
Email: ahead@cchlawfirm.com

/s/ David R. Kresser
Georgia Bar No. 429615
Attorneys for Defendant
FISHER & PHILLIPS LLP
945 East Paces Ferry Road,
Suite 1500
Atlanta, Georgia 30326
(404) 231-1400
dkresser@laborlawyers.com